IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDRA L. LEE o/b/o<br>KIARA L. WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*  Civil Action No. 04-00755-WS-B<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 11, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 25th day of September, 2006.

                                        s/WILLIAM H. STEELE
                                        UNITED STATES DISTRICT JUDGE