IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALEXANDRA L. LEE o/b/o** * <br> **KIARA L. WILLIAMS,** * <br>  * <br> **Plaintiff,** * <br>  * <br> vs. * <br>  * <br> **JO ANNE B. BARNHART,** * <br> **Commissioner of** * <br> **Social Security,** * <br>  * <br> **Defendant.** * | Civil Action No. 04-00755-WS-B |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for supplemental security income benefits, be **AFFIRMED.**

**DONE** and **ORDERED** this the 25th day of September, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE